ACCEPTED
15-24-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/18/2024 10:12 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/18/2024 10:12:22 AM
CHRISTOPHER A. PRINE
Clerk

**Ron Beal**
**Professor Emeritus & Attorney at Law**
**2530 Wooddale Circle**
**Waco, TX 76710**
**(254) 366-4198**
ron_beal@baylor.edu

15th Court of Appeals                                                    December 18, 2024
P.O. Box 12547
Austin, TX 78711

                    Re:     AFLOA, LLC v. TMVD
                            **Cause No: 15-24-00003-CV**
                            Amicus Letter Brief

Dear Honorable Justices of the 15th Court of Appeals:

        I am not being compensated by anyone for the preparation, writing, or filing of this amicus letter brief.

        I am solely concerned about the integrity of the Texas Administrative Law system and the fairness of administrative proceedings for our fellow Texas citizens and entities doing business in this State.

        In response to this Court's request as to whether the Appellant was required to file a second motion for rehearing based on the Appellee's modification of the final order within the Denial of the Motion for Rehearing, the Appellant was not legally required to do so. The Appellee held:

        Accordingly, IT IS ORDERED that: 1. The Motion for Rehearing is DENIED, 2. Respondent's General Distinguishing Number, P163448, is REVOKED. 3. The penalty of $500,000 assessed in the Final Order dated August 31, 2022, is REDUCED to $50,000. 4. All other penalties assessed in the Final Order dated August 31, 2022, are AFFIRMED.

        The APA provides in part:

**A subsequent motion for rehearing is not required after a state agency rules on a motion for rehearing unless the order disposing of the original motion for rehearing**

> **(1) Modifies corrects or reforms in any respect the decision or order…other than….any modification, correction or reformation that does not change the outcome of the contested case,** *Tex. Gov't Code, Section* 2001.146(h)(1).

There has been no court determination of the exact meaning of the words, but in general they seem to be clear and unambiguous. The agency modified the fine, but otherwise affirmed the findings in the original order. That is exactly why the Appellant is before this Court currently asserting reversible error of the order. No changes made modify any legal issue of the Appellant being presented before this Court.

I humbly assert the submission and this Court's rendition of the issues presented are lawfully before this Court.

Sincerely,

/s/ Ron Beal
Ron Beal
Attorney at Law
Bar Card No. 24005041
2530 Wooddale Circle
Waco, TX 76710
254-366-4198
ron_beal@baylor.edu

**CERTIFICATE OF COMPLIANCE**

I certify that this document was produced on a computer using Microsoft Word and contains 402 words, as determined by the computer's software's word count

function, excluding the sections of the document listed in Texas Rules of Appellate Procedure 9.4(i)(1).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on December 18, 2024, by e-file and/or electronic mail in accordance with the Texas Rules of Civil Procedure to the following:

**Appellant AFLOA**

Brandon L. Starling
Susan G. White
2003 N. Lamar Blvd., Suite 100
Austin, TX 78705


**Appellee TDMV**

Ted A. Ross
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548


Sincerely,

<s> Ron Beal
Ron Beal
Bar Card No: 24005041

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 95442059
Filing Code Description: Letter
Filing Description: Letter
Status as of 12/18/2024 10:25 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brandon Starling | 24047556 | bstarling@wso-law.com | 12/18/2024 10:12:22 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 12/18/2024 10:12:22 AM | SENT |
| Ted Ross | | ted.ross@oag.texas.gov | 12/18/2024 10:12:22 AM | SENT |
| Susan White | | swhite@wso-law.com | 12/18/2024 10:12:22 AM | SENT |